IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSALINDA HIBRON-PINEDA,<br>Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. 5:20-cv-1175-DEA |
| EDUCATION SERVICE CENTER<br>REGION 20,<br>Defendant. | § § § § | |

### JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff and Defendant in the above-styled and numbered cause, and submit this Report on Alternative Dispute Resolution, in accordance with the Order of the Court and pursuant to local Rule CV-88. With respect to this report, said the parties show as follows:

**I.**

Pursuant to the Court's Scheduling Order, Plaintiff's deadline to submit a written settlement offer is January 11, 2021 which has been received by Defendant and Defendant's deadline to submit a written response is February 11, 2021. Dkt. No. 6.

**II.**

Ms. Petty is responsible for settlement negotiations on behalf of Plaintiff. Ms. Payne and Mr. Wood are responsible for settlement negotiations on behalf of Defendant; however, no settlement agreement can be entered into by the Defendant without approval of any settlement proposal by a majority of the Board of Directors for Education Service Center, Region 20 in a properly convened public meeting. Upon receipt of Plaintiff's written offer of settlement, Counsel for Defendant will arrange to meet with the Board in a properly convened public

meeting to discuss the offer of settlement. Following this consultation, Counsel for Defendant will timely report back to Plaintiff with the outcome.

At this time, the parties feel that mediation may be appropriate after a reasonable time for discovery has elapsed. The parties may agree on a private mediator, request free mediation before one of the magistrate judges, or request referral for free mediation by the Bexar County Dispute Resolution Center.  A supplemental report with the name of an agreed upon mediator or a request for mediation by a magistrate justice or referral for mediation to the Bexar County Dispute Resolution Center will be submitted. The undersigned counsel have advised their clients of the availability of mediation.

Respectfully submitted,

WALSH GALLEGOS TREVIÑO
  RUSSO & KYLE P.C.
1020 N.E. Loop 410, Suite 450
San Antonio, Texas  78209
TEL NO.: (210) 979-6633
FAX NO.: (210) 979-7024

By:    */s/ Katie E. Payne*
       KATIE E. PAYNE
       State Bar No. 24071347
       E-Mail: kpayne@wabsa.com
       D. CRAIG WOOD
       State Bar No. 21888700
       E-Mail: cwood@wabsa.com

ATTORNEYS FOR DEFENDANT

LAW OFFICES OF MICHELE PETTY
27343 Indian Crest
San Antonio, Texas 78261
TEL NO.: (210) 490-4133

By:    */s/ Michele Petty*
       MICHELE PETTY
       State Bar #15864700
       michelepettylaw@aol.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 11th, 2021, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

Michele Petty
LAW OFFICES OF MICHELE PETTY
27343 Indian Crest
San Antonio, Texas 78261

                                       */s/ D. Craig Wood*
                                       D. CRAIG WOOD